In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, as Superintendent of Insurance, for an Order to Take Possession of the Property and Liquidate the Business of the Casualty Company of America.

In the Matter of the Claim of CLAUDE M. BADGLEY, Appellant; JESSE S. PHILLIPS, Superintendent of Insurance, Respondent.

*Stock and stockholders — subscription for stock on alleged false representations of president of corporation — when loss may not be recovered from assets of corporation.*

*Matter of Phillips*, 197 App. Div. 166, affirmed.
(Argued June 1, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1921, which reversed an order of Special Term allowing the claim of the appellant herein and dismissed said claim. Claimant, a stockholder of the Casualty Company of America, upon alleged false representations of its president, subscribed for additional stock and some months later becoming dissatisfied with his purchase offered to surrender his stock and demanded the return of the amount paid therefor. The company having become insolvent this claim was filed. The Appellate Division held that claimant could not recover his loss from the assets of the corporation.

*Michel Kirtland* for appellant.

*Colin McLennan* and *Clarence C. Fowler* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGHLIN and CRANE, JJ. Dissenting: CARDOZO and ANDREWS, JJ.